NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORTHERN CALIFORNIA POWER AGENCY, CITY OF REDDING, CALIFORNIA, CITY OF ROSEVILLE, CALIFORNIA, CITY OF SANTA CLARA, CALIFORNIA,**

*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**

*Defendant-Appellant*

---

2023-1188

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00817-DAT, Judge David A. Tapp.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                     NORTHERN CALIFORNIA POWER AGENCY V. US

(2)  Each side shall bear their own costs.


                                        FOR THE COURT

January 24, 2023
        Date                            /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court


**ISSUED AS A MANDATE:** January 24, 2023